UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00150-JPH-TAB |
| | ) | |
| KEVIN JOHNSON, | ) | |
| | ) | |
| | ) -04 | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Defendant filed a pro se motion that the Court construed as a Motion for Compassionate Release under the First Step Act of 2018. Dkt. 377. The Court directed the parties to file notices addressing whether Defendant had exhausted his administrative remedies and stayed the case pending resolution of the issue. Dkt. 378. The United States then conceded that Defendant has exhausted his administrative remedies. Dkt. 382.

On July 21, 2020, the Court issued an Order informing Defendant that his motion lacked sufficient information for the Court to conclude that he is entitled to compassionate release. Dkt. 383. It ordered Defendant to supplement his motion by completing and filing the Court's form compassionate release motion by August 25, 2020. *Id.* The Court mailed a copy of the Order and its form compassionate release motion to Defendant on or about July 22, 2020.

The Court has now received a letter from Defendant offering additional information to support his Motion for Compassionate Release. Dkt. 384. The text of the letter indicates that it was written on July 23—presumably before Defendant received his copy of the Court's July 21 Order. *See id.* at 4. Defendant's letter does not add new information showing that he is entitled to compassionate release.

Accordingly, the Court reiterates that Defendant must supplement his motion by completing and filing the Court's form compassionate release motion by **August 25, 2020**. The Court mailed him a copy of the form on or about July 22.

**Defendant is reminded that, if the form motion is not filed as directed above, the Defendant's Motion for Compassionate Release will be considered abandoned and denied without prejudice.**

**SO ORDERED.**

Date: 8/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Kevin Johnson
Reg. No. 12917-028
FCI Elkton
Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432