UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00150-JPH-TAB |
| | ) | |
| KEVIN JOHNSON, | ) | -04 |
| | ) | |
| Defendant. | ) | |

**Order Lifting Stay and Directing Briefing of Motion for Compassionate Release**

On November 30, 2020, Defendant's counsel filed a brief in support of Defendant's motion for compassionate release. Dkt. 394. Accordingly, the stay previously entered in this case is **hereby lifted.** *See* dkt. 387. In addition, the United States shall file its response to Defendant's motion within 14 days after the date this Order is entered. Any reply shall be filed within 7 days of the United States' response.

**SO ORDERED.**

Date: 12/3/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel